IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:20-cv-4445-JPB |
| BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GEORGIA | ) | |
| AND GEORGIA COLLEGE AND STATE | ) | |
| UNIVERSITY; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BOARD OF REGENT'S MOTION FOR JUDGMENT ON PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendant Board of Regents of the University System of Georgia, pursuant to Federal Rules of Civil Procedure 12(c) and 56, move this Court for judgment on the pleadings or, in the alternative, for summary judgment. In support of this motion, Defendant submits a brief and statement of material facts. Defendant also relies on Plaintiff's deposition (Doc. 38-1).

1

Respectfully submitted this 11th day of October, 2022.

|  |  |
|---|---|
|  | CHRISTOPHER M. CARR     112505 |
|  | Attorney General |
| PLEASE ADDRESS ALL |  |
| COMMUNICATIONS TO: | LORETTA L. PINKSTON-POPE     580385 |
|  | Deputy Attorney General |
|  |  |
| Laura L. Lones | SUSAN E. TEASTER     701415 |
| 40 Capitol Square, S.W. | Senior Assistant Attorney General |
| Atlanta, Georgia 30334 |  |
| Tel: (470) 355-2765 | */s/ Laura L. Lones* |
| Fax: (404) 651-5304 | LAURA L. LONES     456778 |
| Email: llones@law.ga.gov | Senior Assistant Attorney General |

Attorneys for Defendants

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1.D**

I certify that the foregoing motion conforms to the requirements of L.R. 5.1C.  The brief is prepared in 13 point Century Schoolbook font.

/s/ *Laura L. Lones*
Laura L. Lones

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification and a copy of such filing to counsel of record:

Megan Murren Riddle
M. Chase Cullen


This 11th day of October, 2022.

/s/ *Laura L. Lones*
Laura L. Lones